**No. 68247.**—J. D. Smith Interocean, Inc., c/o New York Umbrella Co., Inc. *v.* United States, protest 59/20158 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of woven nylon umbrella cloth similar in use to cotton waterproof cloth, not in part of india rubber, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

**No. 68248.**—B. & K. Instruments, Inc. *v.* United States, protest 63/6180 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles the same in all material respects as those the subject of Abstract 67085, the claim of the plaintiff was sustained.

**No. 68249.**—Coles Cranes, Inc. *v.* United States, protests 61/13849 and 61/7349 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mobile cranes or parts thereof similar in all material respects to those the subject of Abstract 67483, the claim of the plaintiff was sustained. Protest 61/7349, having been abandoned as to entries 908250 and 960071, was dismissed as to said entries.